IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROBERT HALL,
ADC #90971                                                                      PLAINTIFF

v.                                      2:07CV00026 JMM/HDY

LARRY NORRIS, et al.                                                      DEFENDANTS

ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge H. David Young..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants Norris and Watson are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 6th day of April, 2007.


UNITED STATES DISTRICT JUDGE