IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROBERT HALL,
ADC #90971                                                                                            PLAINTIFF

v.                                           2:07CV00026 JMM

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections[1] received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff argues that he is suing these individuals in their individual capacity and not as state actors. Accordingly, Plaintiff's case would fail because the Defendants were not acting "under color of state law" as required to assert a cause of action pursuant to section 1983.