IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROBERT HALL,
ADC #90971                                                                                    PLAINTIFF

v.                                              2:07CV00026JMM

LARRY NORRIS, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 21st day of December, 2007.


_____
UNITED STATES DISTRICT JUDGE